IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA RYAN MURPHY
ADC # 760343                                                                PLAINTIFF

v.                          No. 1:14-cv-63-DPM-HDY

T.W. HARRIS and DOES 1-3                                        DEFENDANTS

ORDER

Murphy has not paid the $400.00 filing and administrative fees, or filed an application for leave to proceed *in forma pauperis*. Murphy must do one or the other by 16 July 2014, or her complaint will be dismissed without prejudice. The Court directs the Clerk to mail Murphy an *in forma pauperis* application.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 June 2014