IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA RYAN MURPHY
ADC # 760343                                                              PLAINTIFF

v.                              No. 1:14-cv-63-DPM-HDY

T.W. HARRIS and DOES 1-3                                              DEFENDANTS

### ORDER

The Court warned Murphy that if she did not pay the $400.00 filing fee or file an application to proceed *in forma pauperis* by 16 July 2014, the Court would dismiss her complaint without prejudice. № 2. Murphy has not done either one, and the time to do so has passed. Murphy's complaint is therefore dismissed without prejudice for failure to prosecute. Local Rule 5.5(c)(2). The Court certifies that an appeal from this Order and the accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 August 2014