IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA RYAN MURPHY
ADC # 760343                                                                PLAINTIFF

v.                       No. 1:14-cv-63-DPM

T.W. HARRIS and DOES 1-3                                          DEFENDANTS

JUDGMENT

Murphy's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 August 2014